Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Rita Vargas De Rodriguez,<br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security<br>    Defendant. | CASE NO.1:12-cv-01469-AWI-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S CONFIDENTIAL BRIEF |

    IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands and recent health battle with the flu. The current due date for Plaintiff's Confidential Brief is February 24, 2013. The new due date will be March 26, 2013. The scheduling order should be modified accordingly.

Dated: February 21, 2013              /s/ Sengthiene Bosavanh

                                                SENGTHIENE BOSAVANH, ESQ.
                                                Attorney for Plaintiff

Dated: February 21, 2013              BENJAMIN B. WAGNER
                                                United States Attorney


                                                By: /s/Patrick William Snyder
                                                (as authorized via e-mail)
                                                PATRICK WILLIAM SNYDER
                                                Special Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties (Doc. 13), Plaintiff's request for an extension of time to file her confidential brief is GRANTED.  Plaintiff shall serve her confidential brief on or before **March 26, 2013.**  The scheduling order (Doc. 7) is modified accordingly.

IT IS SO ORDERED.

Dated:   February 25, 2013                       /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE