BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| RITA VARGAS DE RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:12-cv-01469-AWI-BAM<br><br>**FIRST STIPULATION FOR EXTENSION OF TIME AND ORDER THEREON** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including July 31, 2013. The response is currently due July 1, 2013. This extension is being sought due to an unavoidable transfer of assignments due to the undersigned's workload and an unplanned family medical issue resulting in absence from the office. This is the Commissioner's first extension request.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 11, 2013                     */s/ Sengthiene Bosavanh*
                                         _____
                                         SENGTHIENE BOSAVANH
                                         (as authorized via email)
                                         Attorney at Law
                                         Attorney for Plaintiff


Dated: June 11, 2013                     BENJAMIN B. WAGNER
                                         United States Attorney
                                         DONNA CALVERT
                                         Acting Regional Chief Counsel, Region IX
                                         Social Security Administration

                      By:
                                         */s/ Patrick William Snyder*
                                         _____
                                         PATRICK WILLIAM SNYDER
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant

## ORDER

The above stipulation is APPROVED. Defendant shall have up to and including July 31, 2013 to respond to Plaintiff's Opening Brief . The Court's Scheduling Order (Doc. 7) shall be modified accordingly.

IT IS SO ORDERED.

   Dated:   **June 12, 2013**                     **/s/ Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE