BENJAMIN WAGNER CSBN 163581
United States Attorney
GRACE M. KIM SBN IL 6203390
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

    160 Spear Street, 8th Floor
    San Francisco, California 94105
    Telephone:  (415) 977-8972
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| RITA VARGAS DE RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:12-cv-01469-AWI-BAM<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER OPPOSITION OR OTHERWISE RESPOND TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a thirty day extension, from July 31, 2013 to August 30, 2013, in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

    This is Defendant's second request for an extension.  This request is the result of a heavy briefing schedule for counsel responsible for briefing this matter, to whom this case has been transferred, and is not intended to cause intentional delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: July 30, 2013             By */s/ Elizabeth Barry*
                                 ELIZABETH BARRY
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

OF COUNSEL:

Marla K. Letellier
Assistant Regional Counsel
United States
Social Security Administration


Dated: July 30, 2013             By   */s/ Sengthiene Bosavanh*
                                 (as authorized via e-mail)
                                 SENGTHIENE BOSAVANH
                                 Attorney for Plaintiff

**ORDER**

Based on the stipulation of the parties, Defendant shall have a thirty day extension, from July 31, 2013 to August 30, 2013, in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

IT IS SO ORDERED.

Dated:   **August 2, 2013**              /s/ **Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE