```
1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  GRACE M. KIM SBN IL 6203390
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, 8th Floor
       San Francisco, California 94105
6      Telephone: (415) 977-8972
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Barry@ssa.gov

8  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### **FRESNO DIVISION**

| | |
|---|---|
| RITA VARGAS DE RODRIGUEZ,          ) | CIVIL NO. 1:12-cv-01469-AWI-BAM |
|                                    ) | |
|             Plaintiff,             ) | STIPULATION AND ORDER FOR SECOND |
|                                    ) | EXTENSION OF TIME FOR DEFENDANT |
|          v.                        ) | TO FILE HER OPPOSITION OR |
|                                    ) | OTHERWISE RESPOND TO PLAINTIFF'S |
| CAROLYN W. COLVIN,                 ) | OPENING BRIEF |
| Acting Commissioner of             ) | |
| Social Security,                   ) | |
|                                    ) | |
|             Defendant.             ) | |
| _____) | |

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a thirty day extension, from July 31, 2013 to August 30, 2013, in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

   This is Defendant's second request for an extension. This request is the result of a heavy briefing schedule for counsel responsible for briefing this matter, to whom this case has been transferred, and is not intended to cause intentional delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: July 30, 2013                    By */s/ Elizabeth Barry*
                                        ELIZABETH BARRY
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

OF COUNSEL:

Marla K. Letellier
Assistant Regional Counsel
United States
Social Security Administration

Dated: July 30, 2013                    By  */s/ Sengthiene Bosavanh*
                                        (as authorized via e-mail)
                                        SENGTHIENE BOSAVANH
                                        Attorney for Plaintiff

**ORDER**

Based on the stipulation of the parties, Defendant shall have a thirty day extension, from July 31, 2013 to August 30, 2013, in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

IT IS SO ORDERED.

Dated:    **August 2, 2013**              /s/ **Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE