1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5     160 Spear Street, 8th Floor
      San Francisco, California 94105
6     Telephone: (415) 977-8972
      Facsimile: (415) 744-0134
7     E-Mail: Elizabeth.Barry@ssa.gov

8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
10                         **FRESNO DIVISION**

11 RITA VARGAS DE RODRIGUEZ,       )
                                   )   CIVIL NO. 1:12-cv-01469-AWI-BAM
12                                 )
                                   )
13       Plaintiff,                )
                                   )   STIPULATION AND ORDER FOR THIRD
14       v.                        )   EXTENSION OF TIME FOR DEFENDANT
                                   )   TO FILE HER OPPOSITION OR
15                                 )   OTHERWISE RESPOND TO PLAINTIFF'S
   CAROLYN W. COLVIN,              )   OPENING BRIEF
16 Acting Commissioner of          )
   Social Security,                )
17                                 )
         Defendant.                )
18 _____ )

19       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the
20 approval of the Court, that Defendant shall have a fourteen day extension, from August 30, 2013 to
21 September 13, 2013, in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to
22 Plaintiff's motion.
23       This is Defendant's third request for an extension. This request is the result of a heavy workload
24 for counsel responsible for briefing this matter, to whom this case has been transferred. Counsel's work
25 obligations include a heavy briefing schedule and the need to be out of the office this week in order to
26 take a deposition in Los Angeles. This request is not intended to cause delay. Defendant understands
27 that this will be her final extension in this matter.
28

The parties further stipulate that the other deadlines in the Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

                                          BENJAMIN WAGNER
                                          United States Attorney

Dated: August 27, 2013               By */s/ Elizabeth Barry*
                                          ELIZABETH BARRY
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant

OF COUNSEL:

Marla K. Letellier
Assistant Regional Counsel
United States
Social Security Administration

Dated: August 27, 2013              By  */s/ Sengthiene Bosavanh*
                                          (as authorized via e-mail)
                                          SENGTHIENE BOSAVANH
                                          Attorney for Plaintiff

**ORDER**

Having considered the Stipulation of the parties (Doc. 22), and for good cause shown, Defendant shall have a fourteen day extension, from August 30, 2013 to September 13, 2013, in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion. All other deadlines in the Court's Scheduling Order shall be modified accordingly. Defendant is advised that this is her third <u>and final</u> extension in this matter.

IT IS SO ORDERED.

Dated:   **August 27, 2013**                   /s/ **Barbara A. McAuliffe**
                                                         UNITED STATES MAGISTRATE JUDGE