BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, 8th Floor
   San Francisco, California 94105
   Telephone:  (415) 977-8972
   Facsimile:  (415) 744-0134
   E-Mail: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| RITA VARGAS DE RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:12-cv-01469-AWI-BAM<br><br>STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER OPPOSITION OR OTHERWISE RESPOND TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a fourteen day extension, from August 30, 2013 to September 13, 2013, in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

    This is Defendant's third request for an extension.  This request is the result of a heavy workload for counsel responsible for briefing this matter, to whom this case has been transferred.  Counsel's work obligations include a heavy briefing schedule and the need to be out of the office this week in order to take a deposition in Los Angeles.  This request is not intended to cause delay.  Defendant understands that this will be her final extension in this matter.

The parties further stipulate that the other deadlines in the Court's Scheduling Order shall be modified accordingly.

                                                          Respectfully submitted,

                                                          BENJAMIN WAGNER
                                                          United States Attorney

Dated: August 27, 2013                        By */s/ Elizabeth Barry*
                                                          ELIZABETH BARRY
                                                          Special Assistant U.S. Attorney
                                                          Attorneys for Defendant

OF COUNSEL:

Marla K. Letellier
Assistant Regional Counsel
United States
Social Security Administration

Dated: August 27, 2013                       By   */s/ Sengthiene Bosavanh*
                                                        (as authorized via e-mail)
                                                          SENGTHIENE BOSAVANH
                                                          Attorney for Plaintiff

**ORDER**

Having considered the Stipulation of the parties (Doc. 22), and for good cause shown, Defendant shall have a fourteen day extension, from August 30, 2013 to September 13, 2013, in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion. All other deadlines in the Court's Scheduling Order shall be modified accordingly. Defendant is advised that this is her third <u>and final</u> extension in this matter.

      IT IS SO ORDERED.

      Dated:   **August 27, 2013**                    **/s/ Barbara A. McAuliffe**
                                                       UNITED STATES MAGISTRATE JUDGE