# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RITA VARGAS DE RODRIGUEZ,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**CAROLYN W. COLVIN, Commissioner of Social Security,**<br><br>**Defendant** | CASE NO. 1:12-CV-1469 AWI BAM<br><br>**ORDER ON MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**<br><br>(Doc. No. 30) |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying certain disability benefits.  The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 302.

On August 18, 2014, the Magistrate Judge filed a Findings and Recommendation ("F&R"). The F&R recommended that Plaintiff's social security complaint be granted and that the matter be remanded to the ALJ for further findings. The F&R was served on all parties, and contained notice that any objections to the F&R were to be filed within fourteen (15) days of the date of service. The period for filing objections has now passed, and no objections have been filed.

This Court has conducted the appropriate review in accordance with the provisions of 28 U.S.C. § 636(b).  Having carefully reviewed the entire file, the Court finds that the F&R is supported by the record and proper analysis.  The F&R will be adopted in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The F&R issued August 18, 2014 (Doc. No.30), is ADOPTED IN FULL;

2. Plaintiff's appeal from the denial of benefits is GRANTED;

3. This case REMANDED for further proceedings consistent with this order and with the analysis of the August 18, 2014, F&R (Doc. No. 30); and

4. The Clerk shall ENTER JUDGMENT in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:   September 16, 2014                    _____
                                                SENIOR DISTRICT JUDGE